UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL L. WAGNER, ) | Case No.: 5:13-cv-05167-PSG |
| ) Plaintiff, ) | **ORDER TRANSFERRING CASE** |
| v. ) | |
| ) | |
| DIRECTOR STACEY CRYER and UNKOWN ) NAMED DIRECTOR OF COUNTY OF SAN ) FRANCISCO HUMAN SERVICES AGENCY, ) | |
| ) Defendants. ) ) | |

Before the court is Plaintiff Mike Wagner's complaint for harassment for improper motive pursuant to 42 U.S.C. § 1983. Plaintiff's complaint is based on events that transpired in Mendocino and San Francisco Counties.[1] Pursuant to Civil L.R. 3-2(d) the court finds that this civil action should have been assigned to the San Francisco or Oakland Division.[2] The court therefore ORDERS the case transferred case pursuant to Civil L.R. 3-2(h).[3]

---

[1] *See* Docket No. 1 at 1.

[2] *See* Civil L.R. 3-2(d) ("Except as provided in Civil L.R. 3-2(c), all civil actions which arise in the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma shall be assigned to the San Francisco Division or the Oakland Division.").

[3] *See* Civil L.R. 3-2(h) ("Whenever a Judge finds, upon the Judge's own motion or the motion of any party, that a civil action has not been assigned to the proper division within this district in accordance with this rule, or that the convenience of parties and witnesses and the interests of

1
Case No.: 5:13-cv-05167-PSG
ORDER TRANSFERRING CASE

**IT IS SO ORDERED.**

Dated: November 8, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

justice will be served by transferring the action to a different division within the district, the Judge may order such transfer, subject to the provisions of the Court's Assignment Plan.").

Case No.: 5:13-cv-05167-PSG
ORDER TRANSFERRING CASE