**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL L. WAGNER,**<br>    **Plaintiff,**<br>    v.<br>**STACEY CRYER,** *et al.*,<br>    **Defendants.** | Case No.: 13-CV-5167 YGR<br><br>**ORDER DISMISSING CASE** |

On May 14, 2014, the Court warned *pro se* plaintiff Michael L. Wagner that he had failed to oppose a motion seeking dismissal of his case. (Dkt. No. 30.) The Court extended plaintiff's deadline to oppose the motion until May 28, 2014. (*Id.*) The Court warned plaintiff that failure to file an opposition by that date would result in dismissal of his case for failure to prosecute. (*Id.*)

The deadline has passed and plaintiff has not filed an opposition or otherwise evinced an intent to prosecute this action. Accordingly, the Court **DISMISSES** plaintiff's case for failure to prosecute. This dismissal is without prejudice and does not operate as an adjudication on the merits. Fed. R. Civ. P. 41(b).

The case being dismissed, all pending court appearances are **VACATED** and all pending motions are **DENIED AS MOOT**.

This Order terminates Case No. 13-cv-5167.

**IT IS SO ORDERED**.

Date: May 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**